**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


WHITNEY NATIONAL BANK,

       Plaintiff,

vs.                                        CASE NO.: 3:10cv110/MCR/MD

CORNERSTONE CONSTRUCTION
OF PENSACOLA, INC.,
KEVIN W. HARMON,
YVONNE M. HARMON, and
WILL O. ADAMS,

       Defendants.

_____/

## ORDER STAYING THE CASE

THIS CAUSE comes before the court on the Suggestion of Bankruptcy filed on behalf of KEVIN HARMON and YVONNE HARMON, f/d/b/a CORNERSTONE CONSTRUCTION OF PENSACOLA, INC. (Doc. 38). Defendants Kevin Harmon and Yvonne Harmon have filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Northern District of Florida, Case No. 10-32368. As a consequence of the bankruptcy petition, the case against these defendants, as well as Cornerstone Construction of Pensacola, Inc., is automatically STAYED. *See* 11 U.S.C.A. § 362(a)(1) (West 2003). The stay shall remain in effect until the bankruptcy case is disposed of by the bankruptcy court. *See* 11 U.S.C.A. § 362(c) (West 2003).

Accordingly, it is hereby ordered that pursuant to the bankruptcy petition of defendants Kevin Harmon and Yvonne Harmon, this case against said defendants, and defendant Cornerstone Construction of Pensacola, Inc., is automatically STAYED. The

stay shall remain in effect until the bankruptcy case has been disposed of by the bankruptcy court.

SO ORDERED on this 23rd day of November, 2010.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**